United States District Court
Southern District of Texas

**ENTERED**

May 22, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ARTYEMARIE F.,[1] | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | 3:24-cv-95 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On June 4, 2024, this case was referred to United States Magistrate Judge
Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 7. Judge Edison filed a
memorandum and recommendation, on December 20, 2024, recommending that
the Commissioner's decision be reversed and the matter remanded to the
Commissioner for further proceedings. Dkt. 14. I adopted that Memorandum and
Recommendation, issued a Final Judgment, and remanded this case on January 7,
2025. Dkts. 15, 16. On April 8, 2025, Plaintiff filed a motion for attorney's fees. Dkt.
19. On May 6, 2025, Judge Edison filed a Memorandum and Recommendation
recommending that Plaintiff's motion for attorney's fees be granted. Dkt. 24.

---

[1] On May 1, 2023, the Committee on Court Administration and Case Management of the
Judicial Conference of the United States issued a memorandum recommending that
courts adopt a local practice of using only the first name and last initial of any non-
government party in Social Security opinions.

On May 9, 2025, the Commissioner filed its objections to the memorandum and recommendation. *See* Dkt. 25. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1)     Judge Edison's memorandum and recommendation (Dkt. 24) is approved and adopted in its entirety as the holding of the court; and

(2)     Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. 19) is granted; and

(3)     The Commissioner is ordered to pay the sum of $15,033.55 in attorney's fees and $405.00 in costs to Plaintiff's counsel, Tower Law Group.

SIGNED on Galveston Island this <u>22nd</u> day of May 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE